# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:08CR34

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **ALAN DEMETRIUS LINDSEY** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss with prejudice the indictment herein.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's motions to suppress and for discovery, as well as the Government's motion in limine regarding jury nullification, are hereby **DENIED** as moot.

2

Signed: December 3, 2008

Lacy H. Thornburg
United States District Judge